1
2
3                    UNITED STATES DISTRICT COURT
4                          DISTRICT OF NEVADA
5                                 * * *
6   ROBERTO DURAND,                       Case No. 3:21-cv-00291-MMD-CSD
7                         Plaintiff,                   ORDER
8        v.
    LISA M. CLARK,
9
                        Defendant.
10
11          This matter is referred to the Court for the limited purpose of determining whether

12   *in forma pauperis* status should continue on appeal. (ECF No. 21.) The Court certifies that

13   any *in forma pauperis* appeal from its dispositive order would be frivolous or would not be

14   taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Durand's *in forma pauperis* status

15   should thus be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092

16   (9th Cir. 2002) (finding revocation of *in forma pauperis* status is appropriate where the

17   district court finds the appeal to be frivolous).

18          The Clerk of Court is directed to transmit a copy of this order to the Court of Appeals

19   and then terminate the referral notice (ECF No. 21).

20          DATED THIS 16th Day of March 2022.

21
22                                      _____
23                                      MIRANDA M. DU
                                        CHIEF UNITED STATES DISTRICT JUDGE
24
25
26
27
28